# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## AT LEXINGTON

| | |
|---|---|
| BENJAMIN R. BENNETT, as General Partner, as Limited Partner, and as Executor and Testamentary Trustee of Estate of Duane H. Bennett, Sr., a limited partner and SARAH BENNETT KHAN, a limited partner | CIVIL NO. 5:17-113-KKC |
|     Petitioners, | |
| KINGDOM ENERGY RESOURCES, LLC, and THE UNITED STATES OF AMERICA, | |
|     Intervening Petitioners | |
| V. | __JUDGMENT__ |
| SUSAN BENNETT BASCOM, CHRISTOPHER G. BENNETT, CODY J. BENNETT, GEORGE BENNETT, MARY E. BENNETT, MELISSA BENNETT, MICHELLE N. BENNETT, STEPHEN B. BENNETT, WHITLEY DAVIS, ESTATE OF DUANE H. BENNETT, JR., through its executrix Deborah J. Bennett; CHELSEY V. HENSLEY, RANDALL W. LONG, AMANADA LONG MAYFIELD, FAIRANNA BENNETT RAINEY, | |
|     Respondents. | |

*** *** ***

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUGES as follows:

1) the limited partners' motion for partial summary judgment filed in state court prior to the removal of this action is DENIED;

2) Kingdom Energy's motion for summary judgment (DE 40) is DENIED;

3) the United States' motion for summary judgment (DE 17) is GRANTED;

4)      the estate of Duane H. Bennett, Sr. is entitled to the escrowed proceeds from the sale of Manalapan Land Company and Blackstar Land and Mining, Ltd.

5)      the United States has a valid and subsisting lien on all of the estate's property including the escrowed sale proceeds;

6)      the state court-appointed receiver for Black Star and Manalapan SHALL DISBURSE immediately the sum of $2,107,498.55 to the United States to be applied to the estate's unpaid tax liabilities. The receiver SHALL DISBURSE any remaining proceeds to the estate;

7)      this matter SHALL BE STRICKEN from the Court's active docket; and

8)      this judgment is FINAL and APPEALABLE.


Dated March 26, 2018.


KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY